## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| LORENZO VAGI, on behalf of himself and all others similarly situated. ) ) ) | Case No. 1:17-cv-2345 |
| ) | Judge Daniel Aaron Polster |
| Plaintiff, ) ) | |
| vs. ) ) | |
| ) | **NOTICE OF SETTLEMENT** |
| BLUE RIBBON CUTTING ) OPERATIONS, LLC., etc. ) ) | |
| Defendant. ) | |

NOW COME the parties, by and through their undersigned counsel, and hereby notify the Court they have settled the captioned case.  Accordingly, there is no need for further proceedings – other than Court approval of the settlement agreement (under the FLSA) and dismissal of the case.  The parties will submit appropriate paperwork in the near future.

Respectfully submitted,

*/s/ Dale A. Nowak (per email authority)*
Gerald B. Chattman (#0001851)
Dale A. Nowak (#0014763)
Barry Y. Freeman (##0062040)
BUCKINGHAM, DOOLITTLE &
BURROUGHS, LLC
1375 East 9th Street, Suite 1700
Cleveland, OH  44114-1724
Phone:  (216) 615-7319
Fax:  (330) 252-5419
gchattman@bdblaw.com
dnowak@bdblaw.com
bfreeman@bdblaw.com
*Attorneys for Defendant,*
*Blue Ribbon Cutting Operations, LLC*

*/s/ Shannon M. Draher*
Shannon M. Draher, Esq.
Hans A. Nilges, Esq.
Michaela Calhoun, Esq.
NILGES DRAHER, LLC
7266 Portage St., N.W., Suite D
Massillon, OH  44646
sdraher@ohlaborlaw.com
hans@ohlaborlaw.com
mcalhoun@ohlaborlaw.com
*Attorneys for Plaintiff,*
*Lorenzo Vagi*

## **CERTIFICATE OF SERVICE**

The foregoing was filed electronically with the Court using the CM/ECF system on this 23rd day of January 2018. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

                                                  */s/ Shannon M. Draher*
                                                  Shannon M. Draher