# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LORENZO VAGI, on behalf of himself and all others similarly situated. | ) Case No. 1:17-cv-2345 <br> ) <br> ) Judge Daniel Aaron Polster |
| Plaintiff, | ) <br> ) |
| vs. | ) <br> ) **STIPULATED DISMISSAL ENTRY** |
| BLUE RIBBON CUTTING OPERATIONS, LLC., etc. | ) <br> ) <br> ) |
| Defendant. | ) |

NOW COME the parties, by and through their undersigned counsel, and hereby stipulate pursuant to F.R.C.P. 41(a)(1)(A) (ii) that the within case is hereby dismissed with prejudice, the parties to bear their own costs and fees.  Furthermore, pursuant to F.R.C.P. 41(a)(2), the parties request the Court's approval for (and dismissal of) Lorenzo D. Vagi's FLSA claims with prejudice, the parties to bear their own costs and fees.  Finally, the Court retains jurisdiction to enforce the parties' Settlement Agreement and Release.

IT IS SO ORDERED.

_____  1/29/2018
JUDGE DANIEL AARON POLSTER

APPROVED:

| | |
|---|---|
| */s/ Dale Nowak (per email authority)* | */s/ Shannon M. Draher* |
| Gerald B. Chattman (#0001851) | Shannon M. Draher, Esq. |
| Dale A. Nowak (#0014763) | Hans A. Nilges, Esq. |
| Barry Y. Freeman (##0062040) | Michaela Calhoun, Esq. |
| BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC | NILGES DRAHER, LLC |
| 1375 East 9th Street, Suite 1700 | 7266 Portage St., N.W., Suite D |
| Cleveland, OH  44114-1724 | Massillon, OH  44646 |
| Phone:  (216) 615-7319 | sdraher@ohlaborlaw.com |
| Fax:  (330) 252-5419 | hans@ohlaborlaw.com |
| gchattman@bdblaw.com | mcalhoun@ohlaborlaw.com |
| dnowak@bdblaw.com | *Attorneys for Plaintiff,* |
| bfreeman@bdblaw.com | *Lorenzo Vagi* |
| *Attorneys for Defendant,* | |
| *Blue Ribbon Cutting Operations, LLC* | |